IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JOHN MCBRAYER and
VIRGINIA MCBRAYER,

        Plaintiffs,

v.                                           CIVIL ACTION NO. 2:17-cv-04384
                                                Honorable John T. Copenhaver

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

        Defendant.

## DISMISSAL ORDER

This day came the parties, by their respective counsel of record herein, and announced to the Court that all matters in controversy in this action have been fully compromised and settled and, therefore, said parties by their respective counsel did jointly move that the action be dismissed with prejudice. The Court being of the opinion that said action should be dismissed, it is therefore ORDERED and ADJUDGED that the above-styled action be dismissed with prejudice and stricken from the docket of this Court and each party to bear his/her/its own costs.

It is further ORDERED that the Clerk serve certified copies of this Dismissal Order upon counsel of record.

ENTER:  November 19, 2018

                                              John T. Copenhaver
                                              United States District Judge
                                              Southern District of West Virginia

Prepared by:

/s/ Katherine M. Mullins
Michelle E. Gaston, Esq. (WVSB ID No. 7494)
Katherine M. Mullins, Esq. (WVSB ID No. 11425)
STEPTOE & JOHNSON PLLC
P O Box 1588
Charleston, WV 25326
304-353-8000
304-353-8180 (fax)
*Counsel for Defendant*

Agreed to by:

/s/ Tony L. O'Dell
Tony L. O'Dell, Esq. (WVSB ID No. #5770)
Andrea Nease Markins, Esq. (WVSB ID No. #9354)
TIANO O'DELL, PLLC
Post Office Bosx 11830
Charleston, WV 25339
(304) 720-6700
*Counsel for Plaintiffs*